Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Brian M. Donovan
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REAL PROPERTY KNOWN AS 34719 N. ELK-CHATTAROY ROAD, ELK, WASHINGTON, TOGETHER WITH ALL APPURTENANCES, FIXTURES, ATTACHMENTS, AND IMPROVEMENTS THERETO AND THEREUPON; REAL PROPERTY KNOWN AS 3707 E. BAILEY RD., CHATTAROY, WASHINGTON, TOGETHER WITH ALL APPURTENANCES, FIXTURES, ATTACHMENTS, AND IMPROVEMENTS THERETO AND THEREUPON; and REAL PROPERTY KNOWN AS 6409 E. VALLEY LANE, ELK, WASHINGTON, TOGETHER WITH ALL APPURTENANCES, FIXTURES, ATTACHMENTS, AND IMPROVEMENTS THERETO AND THEREUPON,<br><br>Defendants. | VERIFIED COMPLAINT FOR FORFEITURE *IN REM* |

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*  1

Plaintiff, United States of America, by its attorneys, Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Brian M. Donovan, Assistant United States Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

## I.  <u>NATURE OF THE ACTION</u>

1.      This is an action to forfeit and condemn to the use and benefit of the United States of America the following listed property for violations of Title II of the Controlled Substances Act, 21 U.S.C. § 801 *et seq.*

## II.  <u>THE DEFENDANT(S) *IN REM*</u>

2.      "Defendant Property A" consists of the following property:

Real property known as 34719 N. Elk-Chattaroy Road, Elk, Washington, legally described as follows:

> The South half of the South half of the Northeast Quarter of the Northwest Quarter in Section 33, Township 29 North, Range 44 E.W.M.; Excepting therefrom Elk-Chattaroy CPH No 70 on the East; Situated in the County of Spokane, State of Washington.
>
> TPN: 49332.9065.

Together with all appurtenances, fixtures, attachments and improvements thereto and thereupon.

Subject to all easements, restrictions, reservations and covenants of record.

3.      "Defendant Property B" consists of the following property:

Real property known as 3707 E. Bailey Rd., Chattaroy, Washington, legally described as follows:

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*  2

> Lot 6, Block 1, Paradise Pines First Addition, according to plat recorded in Volume 9 of Plats, Page 45, in Spokane County, Washington.
>
> TPN: 39271.0306

Together with all appurtenances, fixtures, attachments and improvements thereto and thereupon.

Subject to all easements, restrictions, reservations and covenants of record.

4.    "Defendant Property C" consists of the following property:

Real property known as 6409 E. Valley Lane, Elk, Washington, legally described as follows:

> Tract F, Short Plat No 78-021, as per plat recorded in Volume 1 of Short Plats, Page 30, records of Spokane County; Situate in the County of Spokane, State of Washington.
>
> TPN: 39132.9038

Together with all appurtenances, fixtures, attachments and improvements thereto and thereupon.

Subject to all easements, restrictions, reservations and covenants of record.

### III.  JURISDICTION AND VENUE

5.    Plaintiff brings this action *in rem* in its own right to forfeit and condemn the Defendant Properties.  This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

6.    This Court has *in rem* jurisdiction over the Defendant Properties under 28 U.S.C. § 1355(b).

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*  3

7.    Venue is proper in this district pursuant to 28 U.S.C. §1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district.

## IV.  BASIS FOR FORFEITURE

8.    Plaintiff repeats and realleges each and every allegation set forth in Paragraphs 1 through 7 above.

9.    The United States alleges that the Defendant Property is liable to condemnation and forfeiture to the United States for its use, in accordance with the provisions of 21 U.S.C. § 881(a)(7), because it constitutes real property, including any right, title, and interest (including any leasehold interest) in the whole of any lot or tract of land and any appurtenances or improvements, which is used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, violations of the Controlled Substances Act.

## V.  FACTS

10.    The Defendant Properties were used to facilitate a broad conspiracy to grow and traffic large amounts of marijuana. The Defendant Properties were purchased by members of a drug trafficking organization (DTO) or their nominees, converted to large-scale marijuana grow operations, and subsequently abandoned, following a pattern observed in related investigations in Western Washington and Oklahoma. The use of the Defendant Properties from 2019 to 2021 was part of a large, sophisticated, and complex conspiracy to facilitate the commission of drug trafficking

in violation of the Controlled Substances Act. In addition to drug trafficking, this conspiracy appears to involve money laundering and labor trafficking.

11.     As detailed herein, the Defendant Properties were used by Liang Chen and his associates to illicitly grow commercial amounts of marijuana. Liang Chen and his associates appear to be part of a well-funded DTO based out of New York, which uses Chinese nationals as labor to tend sophisticated marijuana grow operations. The DTO appears to include stores that legally sell marijuana growing supplies, as well as numerous restaurants across the country that help launder the cash proceeds of the illicit drug trafficking. In investigations Western and Eastern Washington, the DTO purchased multiple properties in a short period of time, converted them to industrial-style marijuana grow operations, imported workers to tend the plants, and then abandoned the whole operation after law enforcement became involved. After the DTO ceased its operations involving the Defendant Properties in Spokane and Stevens Counties, the DTO appears to have continued its operations in Oklahoma, abandoning the Defendant Properties to be used for further illegal activities. Accordingly, the Defendant Properties are subject to forfeiture as property used to commit or facilitate the commission of drug trafficking.

A.     <u>Federal Way Police Department Investigates Illegal Marijuana Grow Houses in Western Washington</u>

12.     In early 2018, the Federal Way Police Department (FWPD) began investigating several possible illegal marijuana grow houses after reports from

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*  5

concerned neighbors. The houses were all in the same neighborhood and had all been purchased in the latter half of 2017, two within a week of each other, by different individuals. From outside the properties, FWPD officers could smell the odor of fresh marijuana and hear fans running inside the houses. Officers observed the electric meters at the houses spinning rapidly, and data from the electric company confirmed the houses were extremely large amounts of power, all consistent with a marijuana grow operation.

13.     During surveillance of the four suspected grow houses, the FWPD identified a fifth suspected grow house in the city at 720 SW 327th Street. The house had been purchased by Liang Chen in January 2017; two minivans registered to Liang Chen were also among the vehicles observed traveling between the suspected grow houses. FWPD officers could smell fresh marijuana from outside the house and saw the electric meter spinning rapidly. A neighbor reported hearing the sound of loud fans and seeing a number of people coming and going from the house, although it did not appear that anyone lived at the property.

14.     None of the five houses were licensed with the Washington State Liquor and Cannabis Board (LCB); thus, any marijuana grow operations were illegal. On June 5, 2018, the FWPD executed search warrants at the five suspected grow houses and an associated apartment unit. The searches confirmed that the houses were being used to illegally grow large amounts of marijuana. The living spaces had been converted to grow rooms and processing rooms, with small areas carved out for

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*  6

sleeping quarters. In total, FWPD seized nearly 4,000 live marijuana plants and 25 bags of processed marijuana from the five houses.

15.     FWPD also located 11 individuals, two of whom had only arrived days before. Although FWPD officers were unable to interview several individuals due to a language barrier or apparent confusion about their rights, two admitted being paid in cash to tend the grow operations. One reported that he thought the activity was legal because marijuana was legal in the state. The other explained that his mother and father were involved and that he had been growing for about two months. His mother, Meihua Chen, was the record owner of one of the grow houses. When interviewed, she told officers her husband grew marijuana because he was sick and did not get paid for growing it. She claimed that the more than $6,000 in cash FWPD found during the search of her apartment was winnings from a casino. Another individual, Bo Lin, told FWPD he owned a sushi restaurant in Oklahoma and came to Washington to start another restaurant. He denied involvement in the grow operation and told officers he only visited the grow houses because he was offered meals by the people who lived there.

16.     At 720 SW 327th St., FWPD officers arrested Meiying Lin and Zhiqin Chen. In addition to approximately 1,400 marijuana plants, $2,262 in U.S. Currency, and various documents demonstrating the involvement of Liang Chen, Zhiqin Chen, and Meiying Lin, officers located a mortgage statement addressed to Zhiqin Chen at 30009 8th Ave. S, Federal Way, Washington. Public records showed Zhiqin Chen and

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*  7

Meiying Lin purchased 30009 8th Ave. S on August 25, 2017, in the same time frame the other grow houses had been purchased. FWPD had previously received a report from a neighbor that 30009 8th Ave. S might contain a marijuana grow operation.

17.    Two days after executing the warrants, FWPD officers returned to Meihua Chen's apartment and contacted her outside. She was with another woman who identified herself as Lan Qiu Ye. Lan Qiu Ye told officers Liang Chen was her husband and that they resided together in another unit in the same apartment complex. Lan Qiu Ye told officers her husband also owned a house in addition to the apartment they rented.

18.    When FWPD officers visited 30009 8th Ave. S., they observed its electric meter was rotating rapidly, consistent with high power usage. During surveillance, they observed Liang Chen and Lan Qiu Ye park a minivan, previously observed during surveillance of the other grow houses, partially in the garage at the residence and load something into the rear of the minivan. The minivan was registered to Liang Chen at an apartment in the complex where FWPD had contacted Lan Qui Ye.

19.    On July 27, 2018, FWPD executed a search warrant at 30009 8th Ave. S. The residence was unoccupied, but had been converted to a marijuana grow, with a part of the living room set up as a sleeping area. Officers located approximately 700 live marijuana plants and 100 marijuana plants arranged on drying racks. Documents in the garage belonged to Zhiqin Chen. Officers located Liang Chen at his apartment

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*  8

and arrested him, finding $507 in U.S. Currency in his wallet. They also arrested Lan Qiu Ye, who denied having knowledge of the grow operation despite admitting she had been to the house at 30009 8th Ave. S.

20.    The Federal Way investigation did not result in any prosecutions; however, the DTO appeared to abandon its operation in the city. In 2019, three of the grow houses were sold by their record owners, who did not appear to have been actively involved in the grow operation in Federal Way. The three houses that were owned by Meihua Chen, Zhiqin Chen and Meiying Lin, and Liang Chen, who were all arrested during the investigation, were later judicially forfeited by the City of Federal Way in King County Superior Court and sold to various buyers in 2020.

21.    Later investigation revealed that a number of the Federal Way conspirators, including Liang Chen, Lan Qiu Ye, and Meihua Chen, opened accounts at Key Bank in late 2017 and 2018 using small amounts of cash. The accounts were later funded by large cash deposits by non-account holders in the Cincinnati, Ohio region, many of which the banks recorded as smelling of marijuana. For example, the only deposits in Lan Qiu Ye's account were two cash deposits totaling $17,600, made on the same day by the same person in Ohio. The cash was then withdrawn in Washington in a series of three large transactions over the next two weeks. Liang Chen's account received two cash deposits totaling $14,000 a day apart from Ohio; the cash was withdrawn in Washington over the next week in a series of five transactions. Notably, the three people identified as making the cash deposits in Ohio

were not Chinese, suggesting they may be customers buying the DTO's illegal

marijuana.

      B.    <u>Washington State Patrol Investigates Illegal Marijuana Grow Houses in Eastern Washington</u>

     22.    On April 11, 2019, the Washington State Patrol stopped a vehicle in

Kittitas County for driving with expired registration, which led to the discovery of

$57,100 in U.S. currency and 2.2 pounds of marijuana, as well as materials common

to illegal marijuana grow operations. The driver, Li Fa Zhu, told officers he was in

Washington visiting 34719 N. Elk-Chattaroy Road in Spokane County (Defendant

Property A), and that he worked for a Chinese restaurant in Spokane. He presented a

Pennsylvania driver's license, but conversations with Li Fa Zhu, other documents in

the vehicle, and later online searches suggested he actually resided in New York City,

possibly at 30 Monroe Street, Apt. J6.

     23.    The vehicle Li Fa Zhu was driving had been recently purchased and was

registered to Sau Lam at Defendant Property A. Sau Lam's address history also

included apartment J6 at 30 Monroe Street in New York. In 2018, Wells Fargo Bank

had previously identified suspicious activity indicative of money laundering in Sau

Lam's account, including cash deposits by Sau Lam in New York, a series of large

money order deposits by Li Fa Zhu in Spokane, and subsequent cash withdrawals by

Sau Lam in New York.

24.     Documents in the vehicle also included electrical bills showing extremely high power usage at Defendant Property A. The county assessor describes Defendant Property A as a 9.78 acre parcel consisting of a singlewide 988 sq. ft. mobile home and one carport. In 2016, the property had been purchased for $93,000, in what appeared to be a cash transaction, by Mei Ying Kwok and Kit Fong Chen, whose address was listed at 162 Henry Street, Apartment 5, New York, New York. In 2018, both Mei Ying Kwok and Kit Fong Chen had quitclaimed their respective interests to Ping Qiang Chen for no monetary consideration; at the time, both Mei Ying Kwok and Ping Qiang Chen listed their respective addresses as 30 Monroe Street, Apt. J6, the same address associated with Li Fa Zhu and Sau Lam. Immigration records showed Mei Ying Kwok was Sau Lam's mother and Kit Fong Chen was Sau Lam's daughter.

25.     Li Fa Zhu had listed Defendant Property A as his mailing address for an account with Chase Bank. His financial history showed a pattern of large cash deposits in New York, Washington, and San Francisco, with the currency being noted as smelling of marijuana at the time of deposit.

26.     Documents in the vehicle indicated that Li Fa Zhu visited a casino in Spokane County. WSP contacted the casino as part of its investigation, and the casino reported that it was investigating Li Fa Zhu for money laundering and was preparing to ban him from the casino. On multiple occasions, Li Fa Zhu had converted large amounts of cash to casino chips, spent a very short time placing low-value bets, and

then cashed out his chips for a similar amount of cash as he originally spent. On July 22, 2019, the casino informed WSP that Li Fa Zhu had visited the casino with another man in a 2013 Ford Focus registered to Liang Chen. WSP observed the same 2013 Ford Focus and a 2002 Toyota Tundra registered to Liang Chen travel to Defendant Property A on multiple occasions. On investigation into Liang Chen, WSP discovered the recent investigation in Federal Way and confirmed it was dealing with the same Liang Chen.

27.    Based on their investigation following the traffic stop of Li Fa Zhu, WSP obtained and executed a search warrant at Defendant Property A on January 29, 2020. The property's marijuana grow operation consisted of three active and one non-active marijuana grow rooms inside the mobile home, two shed-type structures, and six modified 40' metal shipping containers which formed two larger structures. All structures were found to be in active production of marijuana, using an extensive array of grow lights with ballasts, fans, propane heaters and hydroponic grow equipment, which investigators described as the best that could be bought. All grow locations searched were constructed similarly. WSP seized 1,962 plants totaling 880 pounds at Defendant Property A. WSP discovered a mountain of old potting soil near the shipping containers and marijuana shake and stems stripped of marijuana buds, indicating there were several years of previous marijuana grows.

28.    During the search, WSP officers contacted the driver and passenger of a van that had previously been observed at the property, which had distinctive writing

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*   12

identifying it as belonging to a church in New York City. The occupants were identified as Si Wei Zhang and Ping Yong Zhu by their New York State identification cards. Ping Yong Zhu had $1,980 in U.S. Currency in his pocket. They gave conflicting stories about who owned the van, but both advised they had come from New York in the van about one month previously and were being paid $200 a day to do remodeling at Defendant Property A. WSP, however, had seen the van at the property more than two months previously, and Li Fa Zhu denied paying either man money for remodeling. Among Pin Yong Zhu's belongings were a receipt from a marijuana growing supply store in Seattle, Affordable Indoor Gardening Supplies, or AIGS. Receipts from the same store had been found in the Federal Way investigation and in Li Fa Zhu's vehicle during WSP's initial traffic stop in April 2019. WSP also located bank receipts belong to Si Wei Zhang showing large, even-dollar transactions associated with multiple bank accounts.

29.     After WSP executed its search warrant at Defendant Property A, a neighbor reached out to WSP with more information about Li Fa Zhu. The neighbor plowed snow for Li Fa Zhu and was aware of the marijuana grow operation. He had previously reported the operation to local law enforcement but received no response. The neighbor also plowed snow for several of Li Fa Zhu's associates and reported that each was growing marijuana like Li Fa Zhu. The neighbor's brother-in-law was an electrician and had done electrical work at some of the properties.

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*  13

30.     WSP interviewed the electrician, who reported he was currently working on installing new 400-amp service to a new-construction shop at 3707 E. Bailey Road, Chattaroy, Spokane County, Washington (Defendant Property B). The property had been purchased by Liang Chen for $150,000 in cash on January 16, 2020, via wired funds from Chen's Bank of America account. The assessor described the property as consisting of 9.17 acres, with one doublewide mobile home of 1478 sq. ft., a 600 sq. ft. barn and two 300 sq. ft. lean-to structures. The two newly constructed buildings were estimated at over 1,000 sq. ft. each. When shown a photograph, the electrician confirmed he had been dealing with the same Liang Chen as had been arrested in Federal Way. When the electrician had gone inside the residence to speak to Liang Chen, he could smell the odor of marijuana. Power company records showed that the residence at Defendant Property B used approximately 10 times the amount of power of an average Washington residence and the newly built shops were using approximately 20 times the amount of power of an average Washington residence.

31.     The neighbor directed WSP to 15606 E. Nelson Road, Elk, Spokane County, Washington, where he had plowed snow. He had seen the New York church van parked at the property overnight and had seen marijuana leaves on the ground at the property. His brother-in-law had spoken with Liang Chen at the property in August 2019 about installing 400-amp service on a newly built pole building, but the job never materialized. The electric company, however, confirmed that new 400-amp service had been installed on the shop in November 2019. The company later had to

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*  14

upgrade its transformer servicing the location due the amount of power consumption. The property at 15606 E. Nelson Road had been purchased for $177,500 in cash in August 2019 by a corporation using a mailing address in Brooklyn, New York.[1]

32.     The neighbor also directed WSP to 715 W. Lone Pine Lane, Deer Park, Spokane County, Washington. He had not seen marijuana being grown at the property, but Qiao Qiao Zhu, who identified herself as Li Fa Zhu's daughter, had told the neighbor they had planted seeds and were growing marijuana. The electrician had installed a new 400-amp service at the property in the fall of 2019 in preparation for the construction of a new shop building. Qiao Qiao Zhu had purchased the property on November 7, 2019. Power company records showed that in January, Qiao Qiao Zhu had paid a $2,750 deposit for a transformer upgrade in cash; her mailing address on the account was a residence in Tulsa, Oklahoma. According to the power company's records, Ping Qiang Chen, the record owner of Defendant Property A, had accompanied Qiao Qiao Zhu to the power company's office to make the payment for the deposit. Between the house and the new shop, the property used almost 40 times the amount of power for an average Washington residence. Surveillance of the

---

[1] The real property located at 15606 E. Nelson Road was subsequently sold by the corporation and purchased by an innocent, unaffiliated third-party in December 2021.

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*  15

property showed stacks of black plastic plant pots consistent with those used to grow marijuana.[2]

33.     The neighbor reported visiting 4112 Lumberg Road, Springdale, Stevens County, Washington, to help his brother-in-law install new 400-amp electrical service. A California-based LLC had purchased the property in December 2019 for $120,000. The electrician reported that before the service was upgraded, the residents had used so much power they burned the power lines in half between the power pole and the residence. The neighbor reported seeing Liang Chen at the residence at that time, and the electrician confirmed that Liang Chen was the client he was dealing with. The subscriber information for the power company was "Lin Lian Cheng," which appeared to be a fictitious identity. The phone number for Lin Lian Cheng was associated with Liang Chen's wife, Lan Qiu Ye.[3]

34.     The neighbor at Defendant Property A reported plowing snow at 6409 E. Valley Lane, Elk, Spokane County, Washington (Defendant Property C), and seeing fresh marijuana leaves and smelling the odor of marijuana on the property. His brother-in-law, the electrician, had not visited the property. The assessor described the property as consisting of 5.04 acres, with one doublewide mobile home of 1,152 sq. ft.

---

[2] The real property located at 715 W. Lone Pine Lane was subsequently sold by Qiao Qiao Zhu and purchased by an innocent, unaffiliated third-party in February 2021. See *infra* ¶ 46.

[3] As of January 2024, the record owner of the real property located at 4112 Lumberg Road is the same California-based LLC.

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*  16

and an 864 sq. ft. pole barn. On June 25, 2019, Yong Cong Wu had purchased the property for $179,000, in what appeared to be a cash transaction, but beginning July 2019, the power bill was in the name of John Chen, an alias used by Liang Chen in the Federal Way investigation, with the same listed date of birth as Liang Chen. The property had separate electric meters for the house and a shop, and between the two it used almost 40 times the average amount of electricity for a Washington residence.

35.    Yong Cong Wu had previously been licensed by the Washington State Liquor and Cannabis Board to grow up to sixty marijuana plants at 10623 Renton Avenue S., Seattle, down the street from the listed address for AIGS at 11823 Renton Ave. S. "Affordable Indoor Gardening Supplies, LLC" had been formed in Washington in 2015 with a physical address of 11823 Renton Ave. S. in Seattle; Yong Wu was listed as the governor with an address at 10621 Renton Avenue S. The AIGS location was in the same building as a business named "Roman Casino." Business cards for Roman Casino were found in documents belonging to Liang Chen in Federal Way and among Li Fa Zhu's belongings in the residence at Defendant Property A.

36.    During surveillance of Liang Chen, WSP observed him travel to 1786 Blue Creek Road W, Addy, in Stevens County, Washington. The property had been purchased by Lan Qui Ye on November 4, 2019, and two large outbuildings appeared to be newly constructed. The utilities were registered under "James Brown," which appeared to be a fictitious identity, and the property used more than 30 times the amount of power of an average Washington residence. Surveillance showed piles of

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*  17

what appeared to be old potting soil behind the outbuildings, like had been found at Defendant Property A. Neither the neighbor at Defendant Property A nor his brother-in-law were aware of the property.[4]

37.    None of the properties were licensed with the LCB. On May 4, 2020, WSP executed search warrants at the six newly discovered grow operations, as well as an apartment in Deer Park, Washington, rented by Liang Chen and Lan Qiu Ye. In total, WSP located approximately 9,000 live marijuana plants and large amounts of U.S. currency. More than $87,000 in U.S. currency was found in the apartment rented by Liang Chen and Lan Qiu Ye. At Defendant Property B, WSP located more than 1,500 live marijuana plants and $2,644 in U.S. currency. At Defendant Property C, they located almost 1,100 live marijuana plants as well as bins and vacuum bags of processed marijuana. At several of the locations, Chinese nationals were found tending the grow operation. Zhiquin Chen and Meiying Lin, who were arrested in the Federal Way investigation and owned one of the grow houses, were located at 4112 Lumberg Road. Si Wei Zhang and Ping Yong Zhu, who were contacted during the search of Defendant Property A, were located at 15606 E. Nelson, where a large accessory structure was under construction.

---

[4] In January 2021, the structures at 1786 Blue Creek Road were destroyed in a fire. *See infra* ¶ 45. The real property was subsequently sold by Lan Qui Ye and purchased by an innocent, unaffiliated third-party in April 2022.

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*  18

38.     In June 2020, a person using a New York area phone number called the Grant County Sheriff's Office to report an illegal grow operation. Due to a language barrier, Grant County was unable to get complete information, but it sent the tip to WSP. An employee of WSP fluent in Mandarin was able to speak further with the caller, who reported that there were over 2,000 marijuana plants growing at Defendant Property A which were almost ready for harvest. The caller reported that Liang Chen was the boss and operated multiple grow operations, although the caller did not know the addresses for the others. WSP contacted neighbors of Defendant Property A, who reported smelling fresh marijuana at night. Power company records confirmed that, although electricity usage at the property dropped in the months following the execution of the search warrant, it rose again beginning with the May billing cycle to levels consistent with industrial marijuana cultivation.

39.     During surveillance of Liang Chen's apartment later that month, WSP detectives observed Liang Chen arrived in a rented car. When they contacted the rental company, they learned that Liang Chen was renting the vehicle for a month and had given his address as his previous apartment in Federal Way. Liang Chen had previously rented vehicles from the company in August and November 2019 and in January and May 2020. WSP also observed Liang Chen loading a rented U-Haul box truck at the apartment. A neighbor told WSP he observed similar moving vans at the apartment on a regular basis and thought it was odd that no one ever moved out or in. Eventually, the U-Haul truck left the apartment and Liang Chen followed in the rental

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*  19

car. WSP detectives followed until Liang Chen conducted a heat check to see if he was being followed by law enforcement. It appeared that the vehicles were heading toward 4112 Lumberg Road, however, and WSP later confirmed that the U-Haul truck was parked at the residence.

40.    It appeared to WSP that the DTO was utilizing rental vehicles to transport illegal marijuana so that if they were apprehended, they would not lose their personal vehicles. It also appeared that they were utilizing the box trucks to transport their marijuana after harvesting, as WSP had not located processing areas during their searches of the grow houses.

41.    Power company records indicated that the DTO had resumed grow operations at Defendant Property B, Defendant Property C, 1786 Blue Creek Road, and 4112 Lumberg Road. The power company had turned off the electricity to the property at 15606 E. Nelson Road after WSP executed its search warrant. The DTO did not appear to be utilizing 715 W. Lone Pine Road any longer.

42.    In November 2020, Yong Cong Wu sold Defendant Property C to Zhiqin Chen for $180,000 in cash via a wire transaction from Chen's Key Bank account. Yong Cong Wu's listed address was 10621 Renton Ave. S., Seattle, Washington, next door to the address at which he had previously licensed a small marijuana grow operation and at the same address listed for Yong Wu, governor of Affordable Indoor Gardening Supplies, LLC.

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*  20

43.     In December 2020, WSP obtained a tracker warrant for a vehicle newly purchased by Sau Lam and registered at Defendant Property A. GPS information showed that the vehicle made numerous trips to the grow properties, including to 15606 E. Nelson Road after the power had been turned off. It also made numerous trips to hydroponic supply stores in Spokane Valley and Federal Way. The vehicle also repeatedly visited Canaan Buffet, a restaurant in north Spokane County, often for just a few minutes. On multiple occasions, the vehicle parked behind the restaurant rather than in customer parking areas. Notably, Canaan Buffet had once paid the power bill for Defendant Property A, in March 2019. The vehicle also visited multiple casinos, including the location of the Roman Casino and AIGS store in Seattle.

C.      Drug Enforcement Administration Investigates Marijuana Drug Trafficking Organization's Nationwide Ties and Money Laundering Activity

44.     In December 2020, the United States Drug Enforcement Administration (DEA) adopted the case from WSP. The case was subsequently adopted by the Organized Crime Drug Enforcement Task Force (OCDETF).

45.     On January 31, 2021, the residence and outbuildings at 1786 Blue Creek Road were destroyed in a structure fire. When a sheriff's deputy responded to the active fire, he located two people in the residence he recognized as Chinese nationals from when he participated in the execution of the search warrant. They repeatedly attempted to reenter the residence, requiring the deputy to detain them in his patrol car to stop them running back into the burning building. Notably, the electrical service

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*  21

had not been upgraded at the property, and the fire was likely caused by the illegal grow operation.

46.    In February 2021, Qiao Qiao Zhu sold the property at 715 W. Lone Pine Road to an apparently uninvolved party.

47.    On February 18, 2021, DEA agents observed a minivan travel to Defendant Property C, then to Defendant Property B. The same minivan was observed multiple times via electronic surveillance traveling to the two properties. The minivan was registered to Bo Ye at an apartment in Spokane County. Bo Ye was present at Liang Chen and Lan Qiu Ye's apartment when WSP executed its warrant in April 2020 and, according to immigration records, is Lan Qiu Ye's brother and Liang Chen's brother-in-law.

48.    On March 15, 2021, Bo Ye was stopped in Dickinson County, Kansas, for following too closely behind a semi-truck. Bo Ye was driving a Honda CR-V bearing Washington license plates. Bo Ye told deputies he had been visiting a friend in Kansas City and had previously worked in Tulsa, Oklahoma as a chef. After a certified drug detection K-9 alerted on the car, deputies conducted a search and located several bundles of U.S. currency in $50 and $100 bills, totaling approximately $30,000, and a number of handwritten checks in amounts from $2,500 to $3,500. Bo Ye initially denied knowledge of the money, but later told deputies he had received the money from friends to buy a house, and then later said he had saved the money from tips over the past three months. Bo Ye gave deputies permission to search his

cell phone, where they located photos of large amounts of marijuana in various stages of growth and harvest, photos of invoices for marijuana growing equipment, and photos of W-2 forms and handwritten paychecks. Bo Ye claimed the photos involving marijuana had been sent to him by a friend.

49.    DEA later examined the invoice photos. Metadata showed the photos had been taken by Bo Ye's phone rather than sent to him. The invoices were from a store in Southern California, dated November 16, 2020, and totaled more than $92,000. They documented the purchase of concentrated fertilizers and specialized equipment specific to maximizing bud growth and yields of marijuana production, as well as quantities of 2,000 each of multiple sizes of plant pots.

50.    DEA also later investigated the employers listed on Bo Ye's W-2 forms and paychecks. In total, Bo Ye received payment from nine different restaurants in eight different states between 2020 and 2021. Based on its investigation, DEA suspected that Bo Ye acted as a courier for the illicit proceeds of the marijuana grow operation, taking cash to various restaurants and receiving the handwritten paychecks in exchange. Four of the restaurants, across three states, were owned by Li Ming Zhang. Bo Ye's phone also had a picture of a house in Oklahoma City owned by Li Ming Zhang's sister, Xiu Fang Zhang. Li Ming Zhang and Xiu Fang Zhang had each been flagged by casinos for suspicious activity indicative of money laundering. Li Ming Zhang had also been flagged by two different banks for suspicious deposits indicative of money laundering.

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*  23

51.    DEA investigated the address in Tulsa, Oklahoma, that Qiao Qiao Zhu had provided to the power company for the account at 715 W. Lone Pine Lane. The registered owner of the property in Tulsa was Wen Jing Zhu. Wen Jing Zhu was also the registered owner of a property in Terlton, Oklahoma, which she had purchased in July 2020. The Terlton property was similar to the grow operations in Spokane and Stevens Counties in that it was rural with acreage and included significant shop square footage. After purchasing the properties, Wen Jing Zhu installed two additional electric meters to serve the property. Since Wen Jing Zhu's purchase of the property, it had used from 6 to 60 times as much power as comparable months before the purchase. From July 30, 2020 to March 5, 2021, the electric bills at the property totaled approximately $98,700, which was all paid in cash by Wen Jing Zhu, Qiao Qiao Zhu, or known associates. The payments were distributed in a way that appeared to be an effort to structure and avoid reporting requirements of large cash payments.

52.    In April 2021, task force agents (TFAs) confirmed the smell of fresh marijuana and the sound of fans running at Defendant Property B and Defendant Property C from the perimeter of the properties. They also visited Defendant Property A and 15606 E. Nelson Road. No activity was observed at any of the four properties. Electronic surveillance on April 23, 2021, however, showed a light-colored sedan arrive at Defendant Property B in the afternoon. Liang Chen then drove the minivan registered to Bo Ye from Defendant Property B to Defendant Property C. After several hours, the minivan returned to Defendant Property B and later left the property

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*  24

late at night, followed by the sedan. On April 26, the same minivan and a silver sedan registered to Liang Chen were seen at Defendant Property C for several hours.

53.    In June 2021, a neighbor of Defendant Property C filed a complaint with the Spokane County Sheriff's Office stating that, based on the strong odor of marijuana, he suspected the house was being used to grow marijuana again after the raid the previous year. The neighbor reported that Yong Cong Wu, the previous record owner of the property, was there most often but did not appear to live there full time.

54.    Between 2021 and 2022, however, the DTO appeared to abandon its Spokane-area operations. The last observed activity was at Defendant Property A in June 2022. DEA intelligence suggested the DTO had moved its operations to Oklahoma.

    D.    Ongoing illegal activity at the abandoned Defendant Properties.

55.    In late 2023, the Defendant Properties were used in what appears to be an unrelated scheme of forgery and fraudulent conveyances.

56.    On October 23, 2023, a quit claim deed was recorded purporting to convey Defendant Property B from Liang Chen to a "Joseph M. Lavigne" as a gift. The deed was dated April 20, 2019—almost a year before Liang Chen purchased the property. The purported signature of Liang Chen does not match those found on other official documents. A Joseph M. Lavigne has numerous convictions out of Spokane County Superior Court, including for forgery and money laundering. He appears to have entered into a sales contract with a real estate wholesaler based in Western

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*  25

Washington, which recorded an affidavit documenting the contract on November 27, 2023.

57.    On December 22, 2023, two general warranty deeds were recorded, respectively purporting to convey Defendant Property A from Ping Qiang Chen to a "Carly Lauren DePlonty Owsiak" and Defendant Property C from Zhiqin Chen to a "Benjamin James Hill," both purportedly as gifts. Both listed the date of sale as more than a year earlier, on June 16, 2022. A Benjamin J. Hill has numerous convictions out of Spokane County Superior Court, including for forgery. He currently has pending felony charges for possession of a stolen motor vehicle and possession of a controlled substance with intent to deliver; the statement of facts in that case identifies Carly Owsiak as his girlfriend.

## VI.  CONCLUSION

Based on the foregoing, the United States alleges that the Defendant Property is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(7) because it is real property which was used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the Controlled Substances Act.

WHEREFORE, the United States of America requests that notice of this action be given to all persons who reasonably appear to be potential claimants of interests in the property; that the Defendant Property be forfeited and condemned to the United

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*  26

States of America; that the plaintiff be awarded its costs and disbursements in this

action and for such other and further relief as this Court deems proper and just.

DATED this 25th day of January 2024.

Vanessa R. Waldref
United States Attorney


*s/ Brian M. Donovan*
Brian M. Donovan
Assistant United States Attorney


VERIFICATION

I, Drew Rodman, hereby verify and declare under penalty of perjury that I am a

Special Agent with the Drug Enforcement Administration, in Spokane, Washington,

that I have read the foregoing Verified Complaint *in rem* and know the contents

thereof, and that the matters contained in the Verified Complaint are true to my own

knowledge, except that those matters herein stated to be alleged on information and

belief and as to those matters, I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are

the official files and records of the United States, information supplied to me by other

law enforcement officers, as well as my investigation of this case, together with

others, as a Special Agent.

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*  27

1    I hereby verify and declare under penalty of perjury that the foregoing

2    information is true and correct.

3       DATED this  25  day of January 2024.

4

5

6       Drew Rodman

7       Special Agent, Drug Enforcement Administration

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

VERIFIED COMPLAINT FOR FORFEITURE *IN REM* 28